**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON DERRECK BAGGETT, | No.  2:25-CV-02642-DMC-P (HC) |
| Petitioner, | |
| v. | ORDER |
| MARTIN GAMBOA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pursuant to the written consent of all parties, ECF Nos. 5 and 13, this case is before the undersigned judge for all purposes, including entry of a final judgment.  See 28 U.S.C. § 636(c); see also ECF No. 14 (consent order). Pending before the Court is Respondent's motion for 30-day extension of time to file an answer, ECF No. 15.

Good cause appearing therefor, Respondent's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

1

IT IS HEREBY ORDERED that:

1.      Respondent's answer is due on or before February 18, 2026; and

2.      Petitioner's traverse or reply (if an answer to the petition is filed), if any, or opposition or statement of non-opposition (if a motion in response to the petition is filed) shall be filed and served within 30 days of service of respondent's response.

Dated:  January 22, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2