**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON DERRECK BAGGETT, | No.  2:25-CV-02642-DMC-P (HC) |
| Petitioner, | |
| v. | ORDER |
| MARTIN GAMBOA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion for extension of time, ECF No. 19.

Good cause appearing therefor, Plaintiff's motion will be granted, and the Court will extend the deadline, as requested, and Plaintiff's motion for an extension of time, ECF No. 19, is GRANTED. Plaintiff's traverse or reply shall be filed on or before May 26, 2026.

SO ORDERED.

Dated:  February 25, 2026

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1